ORIGINAL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

### SOUTHERN DIVISION

Davis-Bey Bobby DeAndre- Bey, Mufti/Consul

Indigenous Moorish-American National

And **Citizen** for the **Free National-Republic**

"With Reservation of ALL RIGHTS this Indigenous

Moorish-American is **Not** to be **compelled to Accept**

Any Unrevealed benefits, contracts or commercial

Agreements, nor subject to any **unrevealed presumptions**

Or **Silent Judicial Notices.**" See 28 USC sec. 1746

And Uniform Commercial Code 1-207, 1-308, 103.6

  Secured Party/Plaintiff

VS

STATE OF MICHIGAN (Municipal Administrative Corporate

State/Republic of Michigan), CITY OF SOUTHFIELD (Municipal Administrative

Corporate state/Republic of Michigan), SOTAYLORM (TAYLOR, MATTHEW)

(Municipal Administrative Corporate state/Republic of Michigan employee),

SOMATATALLB (MATATALL, BLAKE) (Municipal Administrative Corporate

state/Republic of Michigan employee), SCOTT KRAMER (Municipal

Administrative Corporate state/Republic of Michigan employee),

JASON SCHNEIDER, RYAN LOSH,

  Defendants

Case:2:14-cv-12167
Judge: Cleland, Robert H.
MJ: Hluchaniuk, Michael J.
Filed: 06-02-2014 At 12:55 PM
CMP DAVIS-BEY v. STATE OF MI, ET AL
(dat)

~~CASE NO. # 13-30091~~

WARRANT NO: # 13-5-01352

---

## AFFIDAVIT/LEGAL NOTICE OF REMOVAL & COUNTER CLAIM MEMORANDUM OF LAW

# AFFIDAVIT OF TRUTH

## DECLARATION OF MOORISH INDIGENOUS RIGHTS

### Ultimate Claim of Legal Freedom

I **Bobby DeAndre Davis-Bey**, a **Pre-Columbian Indigenous Moorish-American**, do declare I have redeemed myself from being **Public** to being a **Private Moorish Free Sole**. Who has willfully lawfully and legally made the **Ultimate Claim to legal freedom** by being a **Registered** and **active consul** within the Institution of the **Moorish National** and **Divine Movement** of Northwest, South America's etc., and all of its adjacent islands. Having a **valid registration #0015** on file with an Authorized Moorish National Divine Movement. **(See our Authority Exhibit #1)**

**Here now,** and Hereafter I, **Bobby DeAndre Davis-Bey** hereby depose and declares:

I am a **living, breathing,** and flesh and blood man having liability under the laws of nature. I am over the age of consent. This affidavit is based on my firsthand knowledge & belief, whereupon I deny the existence of the following Corporations:

**BOBBY DAVIS, BOBBY DIANDRA DAVIS, BOBBY DEANDRE DAVIS, BOBBY D. DAVIS OF 15742 LAUDER, DETROIT MICHIGAN, 48227, STATE OF MICHIGAN, COUNTY OF WAYNE, CITY OF DETROIT, 36 DISTRICT COURT, FRANK MURPHY HALL OF JUSTICE, UNITED STATES** and all of its subsidiaries, and all **BAR ASSOCIATIONS JUDGES AND LAWYERS.**

**HERENOW, AND HEREAFTER,** being the secured **Indigenous Moorish-American, Private party** by activating the **common law remedy in law**. I have regained my **INDIGENOUS RIGHTS** secured by:

1.) **RIGHTS OF INDIGENOUS PEOPLE- UNITED NATIONS: General assembly, part 1 article 4, part I article 1, 2,3,4,5, part II article 6.**
2.) **UNIVERSAL DECLARATION OF HUMAN RIGHTS [Article (15)].**
3.) **RESOLUTION NUMBER SEVENTY-FIVE (75) Dated April 17, 1933 A.D. (Moorish-American Society of Philadelphia and the use of their Names).**
4.) **UNITED STATES CONSTITUTION: Article III(3), section 2, Amendment V (5) (Liberty Clause) & Amendment 9 Reservation of the rights of the people.**

5.) **UNITED STATES SUPREME COURT:  SUPREME LAW- ACTS OF STATES.**
6.) The foreign **Sovereigns Immunity Act 28 USC 1601.**
7.) **"Executive Order 13107- UNITED REPUBLIC OF NORTH AMERICA: THE IMPLEMENTATION OF HUMAN RIGHTS.**
8.) **TREATY OF PEACE & FRIENDSHIP OF 1787.**
9.) **HOUSE JOINT RESOLUTION 192**

    **HERENOW, AND HEREAFTER,** have a private account **#385848705** with the **United States Treasury department.** I execute my **Private Aboriginal Indigenous rights.** Having the Legal and Lawful rights of a **Free Sole** with the Powers to **charge back/ accept for value** and employ the **Non-Negotiable Act.**

    Wherefore, **all parties of interest** in the above are authorized by this affidavit, pursuant to **National and International law,** to honor [All] **substantive Rights** and **Constitutional Immunities** reserved for, and to, this **Aboriginal-Indigenous Free Moorish American {Moor}.**

    **All Officials** are to enlist all available and appropriate measures to ensure, and assure that all my **substantive rights** and **Constitutionally – Secured rights** and **Immunities** are not violated, not breached nor abridged. This Moorish natural being named herein **is not to be** arrested **nor held** for **detention** under any **"Colorable circumstances"!** You are to notify the active **Divine Ministers of the Aboriginal/Indigenous Moorish National Territory (Organic Land).** The Natural Person named herein is **NON-OBGLITORY** and thus is **Exempt** from **customs, Tariffs, taxation, Owner in fee permit-deception constructs, and from any other hindrance or restriction of his freedoms, Allodial properties, compensations, Rights to Travel, or Freedoms of Movement** on, in or within, any member or non-member states of the United States Union, etc., This Moor/Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due respect and **'Due Process rights'** under the laws of the land. All available and appropriate measures are to be taken to prevent injustice, harm false arrest, trumped up charges, or attacks on the Natural Being's person property, personality, Conveyances, Freedoms, and or Dignity.

    **EXPLICIT RESERVATION** and use of **'All Rights Reserved WITHOUT PREJUDICE U.C.C 1-207/308, U.C.C. 1-03** IS Noted to [ALL] **Federal, State, City and Municipal Peace Officers:** in Harmony with **State Statutes** and indicates the resurrection on **My RIGHTS.** Whereby I may reserve my **Substantive Rights** and **Constitutional Rights** and immunities to **NOT be compelled to perform under any contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally.**

    I **do not accept,** any **actual** or **implied 'Liabilities'** associated with any **"COMPELLED-BENEFITS"** of any **'unrevealed'** or **deceptively imposed commercial contracts.** I furthermore, **do not** sanction any **Unconstitutional Rules or Policies, nor Acts of Misprision** committed by any **U.S. Government** or **STATE Officials,** at any level, Claimed by any of them, in the name of the United States Republic, **Nor** do I asset to any **implied colorable Policies** made

by alleged to be related to me as being mis-representives, as being sanctioned by the People and Citizens. Consider any formally assumed constructs alleged to be related to me as being misrepresentations and thusly **'Cured'** Forthwith let it be known...

I, **Bobby DeAndre Davis-Bey** a real live flesh and blood, breathing, **nonfictional,** and Natural Being born of a Natural Mother, do Solemnly, Sincerely, and squarely affirm that the foregoing facts contained in this **Affidavit of Truth** and **Proclamation** is True to the Best of My Knowledge, Culture, Customs, Faiths and Beliefs; being Actual correct, not misleading etc., and being the Truth, the whole Truth, and nothing but the Truth.

Any man or woman intending to rebut this affidavit, shall do so in the manner of this affidavit, using your **Christian** name or **Baptismal** name or name given at birth for signature in upper case and lower case format, not all **Capital letters**, hence representing a fully liable, living, breathing, Flesh and Blood man, responsible/liable for everything you say and do. You will mail your affidavits to the below address within **twenty-four hours (24)** of receipt of this affidavit.

**All Rights Reserved without Prejudice,**

**U.C.C. 1-207, 308, U.C.C. 1-103.8**

I am: **Bobby DeAndre Davis-Bey, Authorized Representative**

Red Right Thumb Finger Print                    Red Moorish signature

By X _Bobby Deon Dan By_

**Bobby DeAndre Davis-Bey** Natural Person-

In Propria Person- All Rights Reserved

Witness 1 by: _Brother A. Barnes-Bey, Sheik_                    Authorized Representative

Ex Relatione: Bobby D. Davis (not a Corporate Person or Entity, Misrepresented

By Fraudulent Construct of (ALL CAPITAL

LETTERS) All Rights Reserved: U.C.C. 1-207

/1-308/1-103

Michigan Territory

[C/O 17381 Stout

Detroit, Michigan [Zip Exempt]

Non Domestic

Witness 2 by: _Brother D.Dancy.Bey_

Moorish Seal:

Notary Public: _Saesha Monet_

SAESHA  MONET  NIX
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires May 17, 2020
Acting in the County of _Wayne_

# AFFIDAVIT TO DISMISS FORLACK OF JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

**NOW COME, Bobby DeAndre Davis-Bey** and moves this court to **dismiss** an action that was proceeded against his private person that took place on or about **May 10, 2014.** Defendant request is pursuant to **Michigan Court Rules** as follows:

**Rule 2.003 (A) (B) (C) Disqualification of Judge**

**(C) Grounds.**

(1) **Disqualification of a judge** is warranted for reasons that include, but are not

Limited to, the following:

(b) The judge, based on objective and reasonable perceptions, has either (i) a serious risk of actual bias impacting the **due process** rights of a party as enunciated in **Caperton v Massey, _____US____; 129 S Ct 2252; 173 L Ed 2d 1208 (2009),** or **(ii)** has failed to adhere to the appearance of impropriety standard set forth in **Canon 2** of the **Michigan Code of Judicial Conduct.**

(d) The judge has been consulted or employed as an attorney in the matter in controversy.

(f) The judge knows that he or she, individually or as a fiduciary, or the judge's spouse, parent or child wherever residing, or any other member of the judge's family residing in the judge's household, has more than a **de minimis** economic interest in the subject matter in controversy that could be substantially impacted by the proceeding.

**(g) (ii) is acting as a lawyer in the proceeding;**

**Rule 2.110 Pleadings**

**(3) A counterclaim,**

**(4) A third-party complaint,**

**Rule 2.116 Summary Disposition**

**(B) Motion.**

**(1) A party may move for dismissal of or judgment on all or part of a claim in**

**Accordance with this rule. A party against whom a defense is asserted may**

**Move under this rule for summary disposition of the defense. A request for**

**Dismissal without prejudice under MCL 600.2912c must be made by motion**

**Under MCR 2.116 and MCR 2.119.**

**(2) A motion under this rule may be filed at any time consistent with sub rule**

**(D) And sub rule (G)(1), but the hearing on a motion brought by a party**

Asserting a claim shall not take place until at least 28 days after the opposing

Party was served with the pleading stating the claim.

(C) Grounds.

(1) The court lacks jurisdiction over the person or property.

(8) The opposing party has failed to state a claim on which relief can be

Granted.

Rule 2.221 Motion for Change of Venue

Rule 2.223 Change of Venue; Venue Improper

(A) Motion; Court's Own Initiative. If the venue of a civil action is improper, the

Court

(1) Shall order a change of venue on timely motion of a defendant, or

(2) May order a change of venue on its own initiative with notice to the parties

And opportunity for them to be heard on the venue question.

If venue is changed because the action was brought where venue was not

proper, the action may be transferred only to a county in which venue would

have been proper.

## AFFIDAVIT

Affiant, a **Moorish American National Aboriginal Indigenous Divine Being-Manifested** in **human flesh** to **Declare by virtue of Divine Law**: under the laws of the united: **states of America, anno: Domini 1791,** and the **United States Republic Constitution;** and upon the **Honor** of our **Fore-Mothers and Fore-Fathers** that the above **Affidavits, Motion and Counter Claims,** and all **Jurisdiction claims** is true and correct to the best of my knowledge and honorable intent.

Respectfully submitted this _19_ day of _MAY_____, 1434 M.C.= (C.C.Y. 2014)

Thank You,

I Am: _____

    **Bobby DeAndre Davis-Bey**

    **Authorized Representative**

    **Natural Person, In Propria Persona:**

    **Ex Relatione: Bobby D. Davis (not a**

    **Corporate Person or Entity, Misrepresented**

    **By Fraudulent Construct of (ALL CAPITAL**

    **LETTERS) All Rights Reserved: U.C.C. 1-207**

    **/1-308/1-103**

    **Michigan Territory**

    **[C/O 17381 Stout**

    **Detroit, Michigan [Zip Exempt] Non Domestic**

Witness: _____

    Natural Person-In Propria Person- All Rights Reserved

Witness: _____

    Natural Person-In Propria Person- All Rights Reserved

Moorish Seal:

Notary Public:



SAESHA MONET NIX
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires May 17, 2020
Acting in the County of _Wayne_

Cc: United States Justice Dept.

    United States Attorney General Eric H. Holder, Jr.

    State of Michigan Governor **Richard Dale "Rick" Snyder**

    State of Michigan Attorney General **Bill Schuette**

    State of Michigan Secretary of State **Ruth Johnson**

    United Nations High Commission **Palais Wilson**

    International Justice Court The **Hague,** the **Netherlands**

    International Criminal Courts **Lusi Moreno-Ocampo** the **Hague**, the **Netherlands.**

    United States Department of State **Hillary Rodham Clinton**

    ――――

LEGAL NOTICE OF REMOVAL/MEMORAMDUM OF LAW

FROM MUNICIPAL COURT TO FEDERAL COURT

PURSUANT TO TITLE 28 USC SEC. 1441-1446

PROPER ARTICLE III JURISDICTION

Official Notice is hereby served on the **46th JUDICIAL DISTRICT COURT IN STATE OF MICHIGAN,** in the **COUNTY of WAYNE (Municipal Administrative Corporate State/Republic of Michigan), CITY OF SOUTHFIELD 46th JUDICIAL DISTRICT COURT (Municipal Administrative Corporate state/Republic of Michigan), (Municipal Administrative Corporate state/Republic of Michigan Employee), (Municipal Administrative Corporate state/Republic of Michigan employee), MICHIGAN DEPARTMENT OF MOTOR VEHICLES (DMV); all Judicial Subdivisions; Officials; Agents; and above named Plaintiffs cases and Jurisdiction / Venue moved to Federal Court. All Matters, Complaints, Traffic Tickets/ Suits, Citations/ Bills of Exchange (misrepresented as lawful warrants etc.), must be filed with Federal Court pursuant to Jurisdiction named hereinafter.**

I.

## JURISDICTION

**Jurisdiction / Venue** are hereby placed in one **Supreme Court**, pursuant to **Article III Section 2** for the **united states Republic,** and the several States, under the **Constitution; Article VI** and **reaffirmed by obligatory Official Oaths.** And states as follow:

"The **Judicial Powers shall** extend to **all cases**, **in law** and **equity**, arising under this **Constitution,** the laws of the **UNITED STATES**, and **Treaties** made, or which **shall** be made, under their **authority;**-- to all cases affecting **Ambassadors,** other **Public Ministers** and **Consuls;** --to all cases of **admiralty** and **maritime jurisdictions;**-- to controversies to which the United States shall be a party;-- to controversies between two or more states;-- between a **state** and **citizens** of another state;-- between citizens of another state;-- between citizens of  different state;-- **between citizens of the same state claiming lands under grants of different states**, and **between a state**, or the **citizens thereof,** and **foreign states, citizens or subjects**."

The Court has **Jurisdiction** over claims of violation of **federal constitutional** and **statutory violations** under **42 U.S.C.A. 1331 (a)** and **1343**. Furthermore, the court's jurisdiction is **vested** within defendants **political Corporate, Bible** the **(UNIFORM COMMERCIAL CODE)** as adopted in this **political corporate state/Republic of Michigan.**

The Court has **(Supplemental Jurisdiction)** over Plaintiff's **state/or/republic** of **Michigan tort, statutory** and **common law claims** under **28 U.S.C.A. 1367**. The court's jurisdiction is defined pursuant to **28 U.S.C.A. 1391** and **MCR2.112 (J) Pleading Special Matters, MCR 2.201(B),(C), MCR 2.203, MCR 2.227, and MCR 4.002(A)**. The court has jurisdiction over plaintiff's equity claims under the <u>**"Clean up Doctrine"**</u> to decide both **equitable** and **Legal** claims, since the legal issues are ancillary to the equitable ones. The court has jurisdiction over all of plaintiffs claims under the **"Constitutional fact-Doctrine,"** over Administrative agencies findings of fact, since the facts involve whether the plaintiffs exceeded constitutional limitations on its powers concerning respondents **IN REM** or **IN PERSONAM Rights.**

The court has **Personal (Supplemental Jurisdiction)** over plaintiffs **state/or/Republic** of **Michigan tort, statutory, criminal and civil claims under (Article III clause of the Constitution),** to the **united states of America**. Since **the injury-in-fact** requirement is **actual,** and not **hypothetical.** The plaintiff invokes this court's jurisdiction under the given premise, this **(Indigenous Moorish-American Citizen/Secured Party/Respondent)** is the **Rightful Master of Both Congress and Courts, not** to **overthrow** the **Constitution of the united states of America** but to overthrow the Men and women who **pervert** the Constitution. Furthermore, the Constitution for **the USA** is the law of the land for the united states of America**.( See Martin v. Waddell, 42 US (16 pet) 367 (1892): Hale v. Henkel 201 U.S. 43 (1905).**

**All** cases **affecting ambassadors**, other **Public Ministers** and **Consuls,** and those in which a **state shall be a party**, the **Supreme Court shall have Original Jurisdiction**. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, **both as to law and fact,** with such exceptions, and under such regulations as the Congress shall make.

## THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### BETWEEN MOROCCO AND THE UNITED STATES

### ARTICLE 20

"If any of the Citizens of the United States, or any Person under the Protection shall have any dispute with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions it shall be immediately granted Him."

### ARTICLE 21

"If any Citizen of the United States should Kill or wound a Moor, or on the contrary, if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and Equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

## ADMINISTRATIVE VENUE

The Courts **(Subject Matter)** and **(Cause of Action)** invoking the Courts jurisdiction **"Arose"** in the **City of Detroit**, **County of Wayne**, in a **Territory of Michigan**, and the pertinent Corporate/ or/Privateer Plaintiff's involved in this action inhabited a portion of the land called the Republic of Michigan therein. The courts statutory provisions of **(venue jurisdictional)** rest before the court pursuant to **28 USCA 1391, (a) (c), 1392 and 1393**. The Courts Jurisdiction is regarded as a **"Residual"** basis of venue for this **"transitory"** action, and venue has been properly laid herein except as otherwise specifically provided by law.

The plaintiff is not a trust, is not an attorney representing a trust, and is not holding office in a trust, of a __Title of Nobility__, nor is an official or an officer in a trust over which either the **United States Corporation: 1871**, the **STATE OF MICHIGAN**, the **Municipal-Corporation** of the **STATE OF MICHIGAN** or **Great Britain** as a **Holder-in-Due Course. [see Title 28 USC sec. 3001, sec. 15]**, **"United** means a **Federal Corporation."**

COMMON LAW VEHICULAR JUDICIAL NOTICE<br>CONSTITUTIONAL DRIVERS LICENSE ANSWER AND COUNTER CLAIM

The Undersigned **Indigenous Moorish-American National Bobby Deandre Davis-Bey,** Hereby Certifies, **Rights Secured under Treaty of Peace & Friendship of 1787** and Under the **Organic Assembly** of 'We the The People' and Successors; Through and under provisions of the **Declaration of Independence** anno-Domini: **1776, The Constitution of the united states of America: Anno-Domini: 1791, The Articles of the Bill of Rights Anno-Domini: 1791, An ACT for the establishment of Government of Michigan: anno-Domini: 1835, The Northwest Ordinance: anno-Domini: 1787, [1 stat. sec. 1 and 2 Civil Flag of Peace of America [Title 28 U.S.C. sec. 1603].**

1.) The Respondent, is a **Natural-Born: Moorish-American: Sentient Being** and **Man** on the **Land (Jus Soli)** of the underlined(united) underlined(states) **of America, anno-Domini: 1791**, is retaining and asserting ALL of the Inherent-Liberties and un-lien-able rights endowed by **YHWH/ YAHWEH** the Creator.

**2.)** The Plaintiff claims of Liberty precedes by the **Blood-Birth (Origo Sanguinis),** and **Moorish Blood line** extending time **Immemorial,** and prior to the establishment of the **Municipal-Corporation of the District of Columbia, aka United States, aka UNITED STATES in: anno-Domini: 1871.**

**3.)** The Plaintiff **is not** a party of the **Constitution of the United States** as **amended anno-Domini: 1791,** or the **United States Corporate Constitution** adopted as a **by-law** in: **1871,** the **Constitution of the STATE OF MICHIGAN** or the **Constitution of the Municipal- Corporation of the STATE OF MICHIGAN.**

**4.)** Plaintiff is not able lawfully, in the using of the **Private-Copy Right UNITED STATES CODES, MICHIGAN COMPILED LAWS ANNOTATED,** or the court rules of the procedures, because the plaintiff is **NOT a party** to any written **bi-lateral contracts** being **voluntarily** signed by the plaintiff creating a **contractual obligation** with the **Holder** of the **copyrights** for the **United States Code, The Michigan Compiled Laws Annotated** and or the **Court Rules** of the procedures, wherein the plaintiff is being authorized personally to use the said Private copyrighted material.

**5.)** Plaintiff claims his **Rights to Travel freely** and **UNENCUMBERED** and **UNFRETTERED** is **guaranteed** as a **RIGHT** and **not** a **mere privilege** that the right to travel is such a Basic right it does not even need to be mentioned for it is **Self-evident** by **Common Sense** that the **Right to Travel** is a basic **ConCom?** Vitiate of Free Society to come and from length and breadth freely unencumbered and unfettered distinguishes the characteristics required for a Free-People to exist. (See ***Sharpio v. Thompson, 394 U.S. 618.***

In, **Shapiro v. Thompson, 394 U.S. 618 (1969)**, was a **Supreme Court decision** that **helped** to **establish** a fundamental **"right to travel"** in **U.S. law. Although** the Constitution **does not** mention the right to travel, it is **implied** by the other rights given in the Constitution. (Although the right was recognized under the **Equal Protection Clause** in this case, **pre-Fourteenth Amendment**, the right to travel was understood as **protected** by the **Privileges and Immunities Clause (Article IV),** as a privilege of **citizenship,** and therefore might have been **applied to the states** under the **Privileges or Immunities Clause of Amendment XIV, as J. Stewart wanted.)**

**Freedom of Movement** under United States law is governed primarily by the **Privileges and Immunities Clause** of the **United States Constitution** which states, **"The Citizens** of each State **SHALL** be entitled to **ALL Privileges and Immunities** of **Citizens** in the **several** States." As far back as the circuit court ruling in **Corfield v. Coryell, 6 Fed. Cas. 546 (1823),** the Supreme Court recognized freedom of movement as a fundamental Constitutional right.

In **Paul v. Virginia, 75 U.S. 168 (1869),** the Court defined freedom of movement as **"right of free ingress into other States**, and **egress from them."** However, the Supreme Court **did not invest** the **federal government** with the **authority** to protect freedom of movement. Under the **"privileges and immunities" clause**, this authority was given to the states, a position the Court held consistently through the years in cases such as **Ward v. Maryland, 79 U.S. 418 (1871),** the **Slaughter-House Cases, 83 U.S. 36 (1873)** and **United States v. Harris, 106 U.S. 629 (1883).**

In **Kent v. Dulles, 357 U.S. 116 (1958),** the **United States Secretary of State** had refused to issue a **passport to an American citizen** based on the suspicion that the plaintiff was going abroad to promote communism (personal restrictions/national security). Although the Court did not reach the question of constitutionality in this case, **Justice William O. Douglas** held that the **federal government** may **not restrict the right to travel without due process:**

The right to travel is a part of the **'liberty'** of which the citizen **cannot** be **deprived without due process of law** under the **Fifth Amendment.** If that **"liberty"** is to be regulated, it must be pursuant to the law-making functions of the Congress. . . . . Freedom of movement across frontiers in either direction, and inside frontiers as well, was a part of our heritage. Travel abroad, like travel within the country . . . may be as close to the heart of the individual as the choice of what he eats, or wears, or reads. Freedom of movement is basic in our scheme of

values.

The **International Bill of Human Rig**hts is an **informal** name given to the **Universal Declaration of Human Rights (adopted in 1948),** the **International Covenant on Civil and Political Rights (1966)** with its **two Optional Protocols**, and the **International Covenant on Economic, Social and Cultural Rights (1966).**

**Article 13** of the **Universal Declaration of Human Rights** reads:

**(1) Everyone has the right to freedom of movement and residence within the borders of each State.**

**(2) Everyone has the right to leave any country, including his own, and to return to his country.**

**Article 12** of the **International Covenant on Civil and Political Rights** incorporates this right into **treaty law:**

(1) Everyone **lawfully** within the **territory** of a State shall, within that territory, have the **right to liberty** of **movement** and **freedom** to choose his residence.

(2) Everyone **shall** be free to leave any country, including his own.

(3) The above-mentioned rights shall not be subject to any restrictions except those provided by law, are necessary to protect national security, public order **(ordre publique)**, public health or morals or the rights and freedoms of others, and are consistent with the other rights recognized in the present Covenant.

(4) **No one shall** be **arbitrarily deprived** of the right to enter his own country.

**Article 15**. Of the **Universal Declaration of Human Rights states:**

> **1.) Everyone has a right to a Nationality**

> **2.) And no one shall be Arbitrarily deprived of his Nationality nor denied the right to change their Nationality.**

**6.)** I **Bobby DeAndre Davis Bey**, presenting the **COMPLAINT against** the complaint as severed upon the DEFENDANTS, whom inhabits a portion of the land called the **Republic of Michigan.** The agents for the **City of SOUTHFIELD** did inhabit the **Free Passage** of **Bobby DeAndre Davis Bey** on **08/05/2013** at or about **11:25** my **vessel** was detained by **SOUTHFIELD Police officer TAYLOR #10 (08817) & MATATALL #52 (05364)** who engaged in an **illegal Traffic stop** on the date and time in Question at or near **S/B EVERGREEN RD, W/B 10 MILE WEST OF NORTHWESTERN Hwy,** in the **COUNTY OF OAKLAND,** was **seized** and **detained AND TASED** by said known defendants and given **3 Local Ordinance Violation.** Upon issuance if the citation I was **booked and Processed** into a **foreign enclave** and **kidnaped** and held for a ransom of **$1500** all being done while plaintiff was **under Threat, Duress and Coercion. The night in question plaintiff was demanded to role his window down and was demanded by 2 officer stated above to place his hands out of the window with his hand outside the windows plaintiff did as he was told and upon approach by defendants he was snatched out of his car and tased by the officers which caused him to fall to the ground and causing plaintiff to reinjured himself from a previous injury.** Upon arriving at the police station plaintiff was stripped placed in a

cell, and after 10 to 20 minutes plaintiff was approached by booking officers for booking. Plaintiff refused to cooperate, was never given his **Miranda Warning** by ANY officers of the SOUTHFIELD POLICE STATION, but COERCIED by said officers in order to lay claim and seizure of his property and person to EXPAND FUNDS for its corporate agents. Plaintiff was placed in segregation and never give any medical attention. Plaintiff was later approached by a head official was COERCIED by official who stated: "That if Plaintiff surrounded his fingerprints he would be released. Plaintiff was Printed and released in the early a.m. Upon released he was transported to Beaumont Hospital in Royal Oak, Michigan Territory. Plaintiff pulled over in Territory in Novi, Michigan was arrested detained by NOVI POLICE. Plaintiff was given a RAMDSOM of $500 and a date of **APPEARANCE** to return another foreign enclave known as the **46th DISITRICT COURT** for **case 13-30091**, in which **Jurisdiction** was **without** and **assumed Falsely** by the said defendant in this said **subject matter,** which was done in violation of Plaintiff's **Constitutionally Protected Rights** to the **United States of American Republic form of Government**. Evidence of these violations of rights belonging unto the plaintiff is in dispute by the plaintiff and defendants.

## AFFIRMATIVE DEFENSE
### NO EFFECTIVE SERVICE OF THE COMPLAINT AND SUMMOMS

7.) The **De-facto** defendants failed in effective service of summons upon **Bobby DeAndre Davis Bey,** by the Defendants.

8.) The requirement upon the defendants under **MCR 2.102, MCR 2.201,** imposes the duty of presenting signed consent for service of summons before there may be effective service of summons. Defendants has NO consent of service of summons by **Bobby DeAndre Davis Bey.**

9.) **MCR 2.102, "Summons, Dismissal of Action for Failure to serve." MCR 2.105** states: Process, Manner of service, Provides for No alternative method of summons. Because of Lack of alternative service of summons the **complaint must be dismissed. Failure by not stating the claim for which relief can be granted for the defendants.**

10.) The defendants **fails** in this action by **not stating a claim for which relief may be granted.** Plaintiff is **NOT** a Resident of the **Corporate STATE OF MICHIGAN** and is therefore **NOT** under the **Jurisdiction** of the court that the defendants chose for bringing suit.

## JURY TRIAL DEMAND

11.) The **Seventh (7) Amendment** to the **united states of America Constitution** provides in **all** suits at **equity** and **common law**, where the value in controversy shall exceed **twenty (20) dollars** the **Right to Trial by Jury shall be preserved.** Furthermore, the Seventh Amendment **guarantees** the **Right to a Jury trial** in <Federal Court> **Civil Rights Claims, equity claims, and Constitutional claims** for **money damages** or other **relief** against **government officials** or other **private individuals. (see Curtis v. Loether, 415 U.S. 189, 94 S.Ct 1005 (1974), Dolence v.**

**Flynn, 628 F.2d 1280 (1980).**

II.

**NOTICE OF DEMAND OF RIGHT TO TRAVEL**

**Allegations of Constitutional violations to the United States of America:**

1.)    **Now Comes**, **Bobby DeAndre Davis Bey, In Propria Persona, Sui Juris**; **Aboriginal, Indigenous Moorish American National**, **Freehold by Inheritance** with **Birthrights** and protected and **secured Inalienable Rights**, makes with the **NOTICE OF REMOVEL** of the u-**Unconstitutional Complaint-Summons/Ticket-Suit/ Bill of Exchange / case number# 14-21779.** Petitioner is with reasonable expectation that the Officials holding any position of Trust, or political office, are prohibited, under **Official Oath,** under the **authority of The Law of the Land**, from the use of the official position(s) or office(s) to violate the Constitution for the **UNITED STATES OF AMERICA**; and thus, by the abuse of authority, and the practice of superseding their 'limited' jurisdictional powers, violate and abridge the **Natural, Divine, Unalienable**, and **Secured Rights** of the People; terminating with cause of damage to this **Petitioner/Plaintiff/ Secured Party** declares:

I do not qualify for **State Driver's License, I.D.** or other **Travel Documents**, because the State Requires first, that I voluntarily engage in business with the Social Security Administration of the U.S. so that  may be numbered by them. Plaintiff claims that he is a **lawfully Registered** Citizen of **the Moorish National and Divine Movement** of **North, South** and **Central America's** **etc**.

**2.)** Plaintiff claims that he has allegiance with a foreign Nation and any use of such name associated with the **Factious Corporate Entity** know as **BOBBY DIANDRA DAVIS** will expire in the year of **2015** and will not be renewed with the **Corporate State of MICHIGAN** and any use of such will be done under **THREAT, DURESS and COERCION**.

**3.)** Respondent claims, the **Right to Travel**, by Private conveyance for Private purposes upon the **Common Way** can **NOT BE INFRINGED**. No license or permission is required to Travel when such Travel IS NOT for the purpose of **[COMMERCIAL] PROFIT** or **GAIN** on the open Highways operating under license **IN COMMERCE**, the above named **Common Law Moorish American Citizen** listed **IS NOT OPERATING IN COMMERCE** and as such is thereby **EXEMPT FROM THE REQUIRED INTENT OF A LICENSE** as such.

Furthermore, the **STATE OF MICHIGAN** is **forbidden by Law** form converting a Basic Right into a Privilege and requiring a License and or fee charged for the exercise of the Basic Right. (See **Murdock v. Pennsylvania 319 U.S. 105**) which stated:

"A state may not impose a charge for the enjoyment of a right granted by the federal constitution. Thus, it may not exact a license tax for the privilege of carrying on interstate commerce **(McGoldrick v. Berwind-White Co., 309 U.S. 33, 56-58, 60 S.Ct. 388, 397, 398, 128 A.L.R. 876),**

And if **THE STATE OF MICHIGAN** does **ERRONEOUSLY CONVERT** Basic Rights into Privileges and require a license or fee a citizen may **INGORE** the license or fee with **TOTAL IMMUNITY** for such exercise of a basic right. (see **Shuttleworth v. BIRMINGHAM, 373 U.S. 262.**). Which was reversed by the **Supreme Court** and stated that: the convictions of Gober and Davis were constitutionally invalid. In **Gober v. City of Birmingham, 373 U.S.**

374, 83 S.Ct. 1311, which was held on the authority of **Peterson v. City of Greenville, 373 U.S. 244, 83 S.Ct. 1119.** Now if a Citizen exercise a Basic Right, the said supposed law of ANY STATE is to contrary of such exercise of that Basic right, the said supposed law of any State is a **FICTION OF LAW** and **100% Totally Unconstitutional Law** or **license requirement, (See; Marbury vs. Madison, 5, U.S. 137 (1803),** which has **NEVER** been **OVERTURNED** in **197 years.**

4.) Now further, if a citizen of a **Free National Republic**, relies in **good faith** on the advice of **counsel** and or on the decisions of the **UNITED STATES SUPREME COURT** that citizen has a **perfect Defense** to the elements of **WILLFULNESS** and since the **BURDEN OF PROOF** of said **WILLFULNESS** is on the prosecution to prove beyond a **Reasonable DOUBT.** Said task or burden being totally impossible to specifically perform there is **NO Cause of Action which Relief can be granted** by a court of law. **[See U.S. v. Bishop, 412 U.S. 346.]** Obviously there is No lawful charge against exercising a **Basic right to Travel** for a Moorish-American citizen is **IMMUNED** from any charge to the contrary and ANY Party making such charge should be Duty Warned of the **Tort of Trespass!!!**

5.) The original and **Judicial Jurisdiction** of the **United States Supreme Court** In **ALL ACTIONS** in which a States may be party through subdivision, political or trust. This includes **All State approved subdivisions and or INCORPORATED Cities, Townships, Municipalities, and Villages, et. Al. See ARTICLE 3 SEC. 2, Para (1) & (2), U.S. Constitution.**

**6.)** Plaintiff is invoking his **RIGHT TO PRIVACY**. **Supreme Court** decisions over the years have established that right to **Privacy is a Basic Right**, and as such is **protected by virtue** of the **9th Amendment**. The **Right to Privacy** has come to the Public's attention via several controversial Supreme Court rulings including several dealings with contraceptive (The **Griswold & Eisenstaedt, and abortion the well know ROE v. WADE** cases. In addition, it is said that the Right to privacy is inherent in many of the Amendments in the **Bill of Rights**, such as the **3rd, 4th's search and seizures limits**, and the **5th's Self Incrimination limits.**

## FREEDOM OF MOVEMENT BETWEEN PRIVATE PARTIES

**7.)** There is a converse duty for a **Private Person** not to impede the Free Movement of Another. Where a person prevents another from freely leaving an area, either by physically imprisoning them or **by threats**, that person **may** be **subject** to a **Lawsuit for false imprisonment**, and a **criminal charge** for **kidnapping.**

**8.)** The **Supreme Court** notes in **Saenz v. ROE, 98-97 526 U.S. 489 (1999) 134 F.3d 1400, affirmed.** The constitution **does not** contain the word "Travel" in any content, let alone an **explicit right to Travel** (except for **members of Congress,** who are **guaranteed the right to travel** to and from Congress). The **presumed right to travel,** however, is firmly established in **U.S. law precedent. In U.S. v. Guest, 383 U.S. 745 (1966),** the court noted:

"It is a Right that has been firmly established and repeatedly recognized." In fact, In **Shapiro v. Thompson, 394b U.S. 618 (1969),** Justice **Stewart** noted in a concerning opinion that 'it is a right broadly assertable against private interference as well government action, like the right of Association...it is a virtually unconstitutional personal rights, guaranteed by the Constitution **to us ALL".** It is interesting to note that the **Articles of Confederation** had an explicit Right to Travel. It is now thought that the right is so fundamental that the Farmers may have thought it unnecessary to include it in the **Constitution** or the **Bill of Rights.**

9.) Plaintiff contends that he does have an explicit stated **Constitutional Right to Travel** within the country, since he is not restricted from interstate travel, the **10th Amendment** says I have the Right anyway. It could be argued that **ARTICLE 4. SEC. 2, CLAUSE 1. Presumes the Right to Trave**l between states when it says that **a Citizen** of **one state SHALL** have **ALL** the **Rights of a Citizen** of another state.

10.) The conversion of the **Right to Travel** into a **Privilege** and or **Crime** is a **FRAUD** and is in clear and **direct conflict** with the **United States Constitution**, The **SUPREME LAW OF THE LAND.** Laws made by any state, which are clearly in direct Conflict or **REPUGNANCY** are Constitutional and are **NOT WITH STANDING IN LAW** and are being **CHALLENGED AS SUCH HERE AND THERBY** ARE **NULL AND VOID** of law on THEIR FACE, NO **COURTS ARE BOUND** to **UPHOLD** such **FICTIONS OF LAW** and **NO** citizen is bound to obey such a fiction of law. Such **regulations** or **Law operates** as a mere **nullity** or **Fiction of law** as if it never existed in law. **No**

**citizen is bound to obey such unconstitutional law!!!**

11.) Plaintiff implements his **4th Amendment Right** to the Constitution to the Right to be secure from search and seizure. In violation of the fruit of **poisonous tree doctrine which is** a legal metaphor in the United States used to describe <u>evidence</u> that is obtained illegally. Plaintiff contends that the officers in this matter violated his Rights under the **4th Amendment** to the constitution by searching his person.

12.) **De Jure** plaintiff seeks **damages and equitable** relief under **42 USC 1983** and other equitable doctrines, alleging the (**Intentional Deprivation of Freedom of Movement, Rights to Privacy, and illegal search and seizure.** In violation to the **4th, 5th & 9th** Amendments to the Constitution. Furthermore these **privateer** defendants **proximately caused** the breach of this **(Moorish-American Citizen)** contract with the above stated **Articles of the Constitution**, which was established (**a die confectionis**), **was WITHOUT RECOURSE**.

13.) The **De fecto** defendants (**"Intentionally obstructed"**) his **Life, Liberty**, and **pursuit of Happiness** violating the **4th, 5th, and 9th Amendments** to the United States of America Constitution. In conjunction, this **Moorish-American common law** citizen alleges the **"Determinative Influences"** of these defendants decision to **"Willfully"** seize and detain plaintiff's person violation of the **Equal Protections clause** of the united states of America Constitution.

14.) Furthermore, plaintiff claims that these **de facto** defendants committed various **violations of statutory Laws/Rights,** of the **united states of America** ranging from **18 USC 241 & 242(5).** Herein, the **De facto** defendants directly/or/indirectly

conspired together during and afterword's to **"willful"** dis-enfranchised this citizen from the (**free exercise of enjoyment**) of his **rights secured** by the **Constitution or laws of the united states of America.**

15.)Plaintiff claims that these de facto defendants, **unlawfully** obtained title to **Exempt Private Property** of plaintiffs was **"Prima facie" under color of office and color of law to extort contributions of money, information and other booty for a foreign principal,** who is attempting to disguise his or her true nature. Therefore, plaintiff alleges the defendants acted as **privateer(s)** in **their personal capacity,** in violation of **Title 18 USCA sec. 241 &242, Title 28 USCA 1343, Title 42 USCA 1981 & 1985 to the Constitution of the united states of America** and the **Republic of Michigan Constitution.**

16.)These **de facto** defendants entered into a **conspiracy to commit fraud by extortion** upon **Bobby DeAndre Davis Bey,** in direct violation of the protections contained within **Title 28 USCA sec. 1349 & 1350, Title 28 USCA 1356 & 1357, Title 28 USCA 1362,** of plaintiffs **IN REM or IN PERSONAM Rights** as such, these de facto defendants knew that an assessment upon **exempt Private Real** and **personal property** as contained within the **statute/ merchant** to which these defendants authority is **limited** and **restricted,** and **confined by other law contained within our original Constitution of the Country of Michigan In 1865, 1866, & 1867,** could never be destroyed or sold or given away to another, especially upon plaintiffs Notice and knowledge of the **"Special Status"** of **Allodial Private** absolute owner with the **rights of possession** by **absolute inheritance** from **GOD.**

17.)These **De facto** defendants also knew or should have known they failed to conform to **Title 5 USCA sec. 101 & 102, notwithstanding any conflicting Michigan state statutes as stated in (section 101):** Oaths by members of legislature and officers:

"Every member of state legislature and every executive and judicial officer of the state shall before he/she proceeds to execute the duties of his office, take an oath in the following form to writ:"

"I do Solemnly swear that I will support the Constitution of the United States **(July 30, 1947, ch. 389, 81 stat. 643 section 102** same manner, as by law of the state, he is directed to record or certify the Oath of office." **(July 30, 1947, ch.389, stat. 644)...** with the Secretary of State.

18.)Plaintiff alleges that the **de facto**, defendants agree their lawful authority for committing these willful, knowing and Intentional acts is limited by statute and restrained therein and in preview of the **"Allodial status"** of **Bobby DeAndre Davis Bey**.

19.)These de facto defendants did not have any legal authority to attempt/nor/ execute the restrain of plaintiff absolute liberty in any way whatsoever, as the defendants knew, they were duty bound under the original **Constitution of Michigan** in the years of **1865 1866 and 1867,** to which the defendants publicly sworn upon **oath/contract/bond** and owe allegiance and whereas plaintiff alleges the defendants must immediately cease and desist in this unlawful detainer and forcible entry as well as the libel and slander it is causing against the plaintiff, **MASTER Bobby DeAndre Davis Bey**, a citizen of the country of

**Michigan Republic form of Government** in the state of the forum **UCC 1-105**. Defendants bonded specific performance in their failure of any consideration sufficient to support a single contract under **UCC-204 (44)(d)** through principles of **UCC-1-103** in this forum **UCC -1-105 Common Law** this private detainer against **Bobby DeAndre Davis Bey.**

20.)Plaintiff alleges the **wanton,** and **willful conduct** of the defendants was reckless and proximately caused plaintiff extreme **grief, shame, humiliation, embarrassment, anger, disappointment, worry, nausea and outrageous suffering,** invoking the **Federal/and/State Doctrine of (Emotional distress),** in violation of the **Common Law Doctrine** of **the REPUBLIC OF Michigan** and is confirmed by state or **Federal Common Law doctrines.**

<u>Invoking Equitable and Special Exceptions Doctrine(s):</u>

Defendants de facto, willfully, and deliberately violated numerous laws, and plaintiff exerts the "**<u>Adequacy Doctrine</u>,**" of the **Judiciary ACT of 1789,** and incorporated into every statute and decision in every **American jurisdiction.**

21.) Plaintiff contends **All Judges** and **Attorneys** claim to be licensed by the state, but **NO STATE OF MICHIGAN** agency shows proof of such License,  and **Dept. of Licensing & Regulation** states that they do not license attorneys or Judges, but that they are licensed through the **STATE BAR OF MICHIGAN**, and it is stated that such can be found in the **Michigan Court Rules** concerning the **State Bar of Michigan, [Rule 15, section 3, part (3)]:**

"Admission to the Bar of the state is an attorney and counselor in every court in this state." Nowhere does it indicate a license, and in fact the **Michigan Supreme Court** clearly states that, neither do they or the State Bar issues "License." While however, **[Articles 6. Sec. 9 of the Michigan Constitution of 1963],** which specifies that such Judges shall be persons who are licensed to practice law in this state."

22.)The **Michigan Supreme Court** states that: "In order to be **qualified** to practice law, an attorney must be admitted into the **State Bar of Michigan**, but must also pay the requisite dues and receive an **identifying P-number**. It is the dual statute of admission to the bar and active membership in the State Bar of Michigan which together constitutes the License" to practice law in the state. This in and of itself is a **direct violation** of the **Michigan Constitution**, since there is no actual license to practice law as an attorney or judge in the State of Michigan. The State has issued a **Public Hazard Bond (P-Number),** which is an **(insurance Policy)** to attorneys. Attorneys operate under a state issued bond under **Letters of Marque, and Public Hazard Bond Numbers.**

The Insurance Company thereby subrogates all Rights and Defenses on the Bonds/ Insurance policy whereby all negotiable Instruments are subrogated to the **STATE** and the **UNITED STATES**, via the judge as the trustee. This permits the 'de facto agents to act under the **'color of law'**, thereby **EXPANDING FUNDS** for the **Corporation of the UNITED STATES**: by using **PUBLIC POLICY**, and for the **TRADING WITH THE ENEMY ACT 1917,** who issued license for the Courts of the **STATE OF MICHGAN** to do business under **FEDEAL CONTRACT.**

23.) **[TRADING WITH THE ENEMYACT: 1917 SEC. 6]:** states that:

**The President** is **Authorized to Empower** an Alien property custodians to receive all money and property in the United States due or belonging to an enemy, or ally of enemy which may be paid**, conveyed, transferred, assigned**, or **delivered** to said custodian under the provisions of this act. The alien property Custodian shall give such bond or bonds and in such form and amount, and with such security as the President shall subscribe.

24.] By discovery of law, President **FRANKLIN D. ROSEVELT** declared the **United States Bankruptcy by Presidential Executive Order 6073, on the 10th Day of March 1933, and subsequent Executive Orders, 6102, 6111 and 6260. [House Joint Resolution 192, 5th Day of June 1933], [Public Res. No. 10], [Public Law 73-10 1st session].** Thereby the agents of the **Municipal-Corporation,** who are an overlay or enclave of the United States Government, have assumed that this **Moorish-American Bobby DeAndre Davis-Bey** is in agreement under tort law, that he is a contributor to the National Debt and a wrong doer under the **Trading with the Enemy Act of 1917.**

25.) **[The Fourteenth Amendment]** created **federal citizenship**, which makes it illegal for federal citizens to question the **National Debt. [see Clause 4, of 14th Amendment].** This **Moorish-American National Citizen** is Not a **[14th Amendment citizen]** as assumed by the de facto agents of the **municipal-corporation of Wayne County**. All the Above mentioned agents of the municipal-corporation have taken an unfair advantage in the **case/ account No: 13-30091** , to **Expand Funds** for the United States , by creating a spurious debt, and manipulating the sentient being by means of **CAPIAS AD**

SATISFACIENDUM (Body execution), and as collateral and surety for the Debt, that they might subrogate him as surety for the debt, and in exchange for the use of the (STRAMINNEUS HOMO) (TRANSMITTING UTILITY), and the Tax Exemption attached thereto, under [26 USC sec. 163]. Therefore, a crime/liability was created by agents of the STATE OF MICHIGAN, law enforcement agents, and Judicial officials, to manufacture a crime in order to obtain the defendants wrongful conviction/fine, and to expand funds for the UNITED STATES CORPORATION.

26.) By discovery of law, it is well established evidentiary presumption that all "Public Servants," such as the Judges and Prosecutors involved in the proceedings against the plaintiff/victim, referred to as "violators." Are presumed to act within the limits of the law and not to exceed their authority, and such presumptions is no substitute for evidentiary facts. Unless rebutted, violators DID NOT act within the law and did exceed their authority when causing a "FRAUDULENT SECURITY" to be filed against the plaintiff, and a "TAX LIEN" which does not raise out of a valid "ASSESSMENT" is a "FRAUDULENT SECURITY" within the meaning of [Title 18 USC sec. 513 (a)].

27.) The Act committed under fraud, force and seizure, was done under "Letters of Marque and Reprisal" i.e., "Recapture." [see 31 USCA sec. 5323] such principles as "Fraud and Justice never dwell together," and "a Right of Action cannot arise out of FRAUD," and do not rightfully contemplate the thought concept as "DUE PROCESS," "Just Compensation" and justice itself

and **[Title 26 USC sec. 7809]** states that:

"**Any money received** under the **Internal Revenue Law** is to be paid into the **U.S. Treasury** daily and says nothing whatsoever about money collected under **fraudulent contracts** when the '**de facto**' **agents/officials** acted on behalf of the **STATE OF MICHIGAN, WAYNE COUNTY, CITY OF DETROIT** and the **Municipal Corporations,** and the **UNITED STATES CORPORATION**, is acting under **BANKRUPTCY** and **[House Joint Resolution 192]**, **[Public Law 73-10],** and under **Public Policy** to use the **tax exemption under [26 USC sec. 163],** to expand funds for the **UNITED STATES Corporation** and create a liability/debt to be SOLD on the open market using the **_ens legis_** (**Bobby Davis**) a **TRANSMITTING UTILITY**, and **Social Security number** attached thereto.

28. Plaintiff is a **Moorish-American National**, and Citizen for the **Free-National Republic of Michigan,** was and is being **forced** under **extreme Duress to perform** under a "**Fraudulent Security,**" while being detained, by the above mentioned '**de facto**' **Honorable,** and his **Agents** and **Confidantes**, who acted under a **Fraudulent Military Jurisdiction**. Such acts if performed will be within a **MILITARY STYLE TRIBUNAL (Courtroom),** when causing **Injury and Damages** to the plaintiff.

29. Nowhere in **[AMY REGULATION 840-10]** concerning the **Positional Colors Flag** does it list the **STATE COURTS** as having the Authority to display this Flag, thereby acting **Without Authorization** or **Jurisdiction** as a military tribunal, subject to the military and their laws and by-laws for the enlisted and commissioned officers and the likes. The Several **Defendants/Co-conspiritors**

therein will be acting as **Military officials**, and thereby acted under **"Color of Law"** which therein will render the **Final results** and **Disposition** of the above **case No: 13-30091 NULL and VOID.** Since all proceedings will and have been being conducted on **06/02/2014** will be **without** the **proper Authorization** of **Jurisdiction** from the **Military** according to the **[UNIFORM CODE OF MILITARY JUSTICE], and [ARMY REGULATION S 840-10].** The use of the **Positional Colors Flag** is used as a form of deception, and is **AN ACT** of **perfidy** by which they lose **ALL CLAIM** to protections of the laws. The **WAYNE COUNTY 36TH DISTRICT COURT** is posturing under the guise of a **Military Tribunal** which is under the direction of the President of the United States: **BARRAK OBAMA!!!**

30.) The responsibility for conducting military operations goes from the President who is **Commander-in- Chief,** to the **Secretary of Defense** directly to the heads of the **Unified combatant commands,** and the **Joint Chiefs of Staff** act in advisory capacity within **THE LIBER CODE OF 1863. Section II-Protections of Persons... (42).** Slavery complicating and confounding the ideas of Property (that is, of a thing), and of personality that is, of humanity exist according to **municipal or local law only.** The law of Nature and Nations has never acknowledged it. The digest of the **Roman law** enacts the early dictum of the **Pagan Jurist,** that "So far as the law of nature is concerned, **"ALL MEN ARE CREATED EQUAL."** Therefore, it is incumbent upon the president who is the head of the military and the **United States Corporation to Protect the Indigenous Moorish-American National,** from these **'de facto'** agents who

under federal contract with the United States.

31.) The **Municipal-Corporation** of the **STATE OF MICHIGAN** is **Prohibited**
under **[Article I sec. 10, of the 15th Amendment of the Constitution]**
for the **united states of America**, Anno-Domini: and **[Article I sec. 11,
18, and 19, for the Constitution of the STATE OF MICHIGAN]**, from
making and/or **enforcing** any laws compelling the plaintiff involuntarily into
any **contractual-agreement** by creating an obligation by force compelling
the performance and **imposing cruel** and **unjust punishment** and this
**indigenous Moorish-Americans** property being taken away **without**
just **compensation, decency, Security and Liberty** alike demands that
governmental officials **SHALL** be subjected to the same **Rules of Conduct**
that are commands to the citizens a government will be imperiled if it fails to
observe the law scrupulously. **Fraud** within the court, in this matter **will/or
shall subvert** the **integrity** of the court itself, and **corrupts** the **Judicial
machinery**, which it is impossible for it to perform in an impartial manner, and
thereby bring about justice and liberty on behalf of this Moorish American.

32.) "The **Constitution DOES NOT** protect the **Sovereignty of the States** for
the benefit of the **STATE** or **STATE GOVERNMENTS** as **abstract political**
entities, or even for the benefit of the public officials governing the State's
To the Contrary, the Constitution divides Authority between Federal & State
Governments for the protections of individuals and indigenous citizens alike.
Yet, this Indigenous Moorish Citizen for the **People's Republic of Michigan**
and/or **Michigan state Republic** will be forced to stand and appear before

an **ARTICLE I  Unconstitutional Court** of the Law as **proof** of the herein evidence of the ongoing **Conspiracy** and **Acts of TREASON & SEDITION** against **Bobby DeAndre Davis-Bey.**

**33.)** All **Judicial Officials** as well as **Law Enforcement Officials** are **presumed** to know the **general public laws** of the **STATE** and **COUNTRY** where they reside are by the effects of their acts, they should have known the laws and **Statutes** in regards to both **STATE OF MICHIGAN** and  the **UNITED STATES** regarding **OATHS of Office**, as well as forcing a free Moorish-American National, to stand and appear before an **Article I Tribunal** with the **Positional GOLD FRINGED FLAG OF WAR** within the courtroom, instead of a **Constitutionally formatted Article III court of law** as prescribed by the **United States Constitution.** Herein the United States is bound to guarantee to each state a **Republic form of government**.

**34.)** To recover **Damages for injuries** to this **Indigenous Moorish** person and/or property, for the **Deprivation of his Unalienable Rights** as a **Common Law Citizen,** for **ACTS** done under **Conspiracy, Fraud & Detention.**

Plaintiff is **Not** a **UNITED STATES** Citizen or subject, or a subject of **Great Britain**, nor a **[14ᵗʰ Amendment] "Person," or "Citizen Subject,"** under the Private Copyrighted: **Penal Codes, statutes, and Amendments**, while the aforementioned being foreign-law to the plaintiff. The unlawful-restraint of plaintiff's **inherent unalienable Rights [DEUS MEUMUUE JUS] are crimes.**

**35.)** **NOTICE** is being given that these citied **Statutes & Treaties** not being relied upon by the undersigned, **Bobby DeAndre Davis-Bey**, as a source of Rights,

and/or any use of **private copyrights**, but is being provided as courtesy for the proceeding in your Law-Form. Plaintiff has properly file a **UCC -1 financing Statement MCLA 440.9 secured transactions file Number U20090808-0013, F.S. #2009115660-6 on file with the MICHIGAN SECRETARY OF STATE.**

## ADMINISTRATIVE RELIEF

The Enforcement of the following:

1.) The **Divine Constitution and By-Laws** of The **Moorish National** and **Divine Movement**; The **Moorish Nation of North America**; **Act VI**: By Being Moorish American, you are **a Part** and **Parcel** of this said government and **Must Live** the **Life Accordingly**; **Article VI** of the **united states Constitution Republic/The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1.** [See Article 3, section 2 of 'The Constitution for the United States of America."]

2.) I, **Bobby DeAndre Davis-Bey**, demand **Due Process** as protected by the **Fourth (4th)** and **Fifth (5th)** **Amendments** of the **Constitution** for the **United States of America (Republic).**

3.) I, **Bobby DeAndre Davis-Bey**, demand this **United States Supreme Court/the United States District Court for the District of Michigan** stop these **abuses** of the **colorable authority** by the Respondents as it pertains to this Petitioner.

4.) I, **Bobby DeAndre Davis-Bey**, demand if any **criminal charges** be found, let them be place upon the defendants.

5.) I, **Bobby DeAndre Davis-Bey,** demand this **United States Supreme Court/the United State District Court for the District of Michigan in its Republic** forum  view this **Petitioners (in my Proper Person)** as a Moorish American National (**Natural Born Citizen of the Land)** and not as a **(brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN**, or any other **SLAVE TITLE** or "nom de guerre" imposed upon me for misrepresentation **'Actions'** or other **acts of 'Misprision'** that a misdirected society may 'believe' to be true.

6. I, **Bobby DeAndre Davis-Bey**, **do not**, under any condition or **circumstance,** by **threat, duress, or coercion, waive any Rights Inalienable or Secured** by the **Constitution or Treaty**, and hereby requests the **United States Supreme Court/** the **United States District Court** for the **District of Michigan** in its **Republic** forum to fulfill their **Judicial Duty** I **'Good faith'** by ordering defendants to be brought before the Law to answer for their criminal and unjust actions.

7.) All **UNCONSTITUTIONAL Citations, Ordinance's Summons/Tickets – Suits / (misrepresented) Bills of Exchange Case No: 14-21779** And any other **'Order' or 'Action'** associated with it/them, to be dismissed and expunged for the record on its **face** and **merits;** or, otherwise, be brought before a legitimately – delegated, and competent **'Court of Law' of International Jurisdiction/Venue.**

8.) All **City, County** and **State Officials** are to be informed of the **Law of the Land (Constitution & Treaty)** and their **obligation** to uphold the same and to no longer be excused without action on the part of the Sheriff for the violating the same. And to be made **cognizance** of the **recompense of colorable actions** on their part, by not adhering to the Law.

9.) Any defendants, **Corporate or Natural, Party-Claimants**; Involvements be **found guilty** of the charges and **shall** result in immediate **Recusal of Office**.

## AWARD COMPENSATORY DAMAGES IN THE FOLLOWING AMOUNTS

10 Defendant **STATE OF MICHIGAN** is being sued for **$250,000** for **compensatory damages** and **$250,000** for **Punitive Damages** in its **Official Capacity**.

11.) Defendants **CITY OF SOUTHFIELD**, and its **POLICE DEPTMENT agents**, is being sued for **$250,000** for **Compensatory Damages** and **$250,000** for **Punitive Damages** in its **Official Capacity**.

12.) Defendants **Judge JOHN DOE**, is being sued in both **Personal** and **Official Capacity** for **$250,000 Compensatory Damages** and **$250,000** for **Punitive Damages** in his Private capacity.

13. Defendant **SOTAYLORM (TAYLOR MATTHEWS 08817),** police Officer, is being sued in both his Personal and Official Capacity for **$250,000** for **Compensatory Damages** and **$250,000** for **Punitive Damages** in his Private capacity for tasering  discharge onto plaintiff..

14. Defendant **SOMATATALLB (MATATALL, BLAKE 08555)**, an agent for **City of SOUTHFIELD**, is being sued in both his **Personal** and **Official**

**Capacity** for **$250,000 Compensatory Damages** and **$250,000** for **Punitive Damages** in his Private capacity.

15. Defendant **SCOTT KRAMER**, an agent for **City of SOUTHFIELD**, is being sued in both his **Personal** and **Official Capacity** for **$250,000 Compensatory Damages** and **$250,000** for **Punitive Damages** in his Private capacity.

16. Defendant **JASON SCHNEIDER**, an agent for **City of SOUTHFIELD**, is being sued in both his **Personal** and **Official Capacity** for **$250,000 Compensatory Damages** and **$250,000** for **Punitive Damages** in his Private capacity.

17.) Defendant RYAN LOSH, an agent for **City of SOUTHFIELD**, is being sued in both his **Personal** and **Official Capacity** for **$250,000 Compensatory Damages** and **$250,000** for **Punitive Damages** in his Private capacity.

18. Defendant **STATE OF MICHIGAN DEPARTMENT OF MOTOR VEHICLES (DMV)** is being sued for **$250,000** for **Compensatory Damages** and **$250,000** for **Punitive** and for **$250,000** for **Punitive Damages** in his Private capacity.

## TRIAL BY JURY OF MY PEERS WAS, AND IS DEMANDED

I declare under the penalty of perjury under the law of the **UNITED STATES CODES** that the above is true and correct to the best of my knowledge and honorable intent.

## AFFIDAVIT

Affiant, a **Moorish American National Aboriginal Indigenous Divine Being-Manifested** in **human flesh** to **Declare by virtue of Divine Law**: under the laws of the united: **states of America, anno: Domini 1791,** and the **United States Republic Constitution;** and upon the **Honor** of our **Fore-Mothers and Fore-Fathers** that the above **Affidavits, Motion and Counter Claims**, and all **Jurisdiction claims** is true and correct to the best of my knowledge and honorable intent.

Respectfully submitted this _19_ day of _MAY_____, 1434 M.C.= (C.C.Y. 2014)

Thank You,

I Am: _Bobby DeAndre Davis Bey_____

     Bobby DeAndre Davis-Bey

     Authorized Representative

     Natural Person, In Propria Persona:

     Ex Relatione: Bobby D. Davis (not a

     Corporate Person or Entity, Misrepresented

     By Fraudulent Construct of (ALL CAPITAL

     LETTERS) All Rights Reserved: U.C.C. 1-207

     /1-308/1-103

     Michigan Territory

     [C/O 17381 Stout

     Detroit, Michigan [Zip Exempt] Non Domestic

Witness: _Brother N. Barnes-Bey, Sheik_____

     Natural Person-In Propria Person- All Rights Reserved

Witness: _Brother A. Davis-Bey_____

     Natural Person-In Propria Person- All Rights Reserved

Moorish Seal:

SAESHA MONET NIX
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires May 17, 2020
Acting in the County of _Wayne_

Notary Public: _Saesha Monet Nix_

Cc: United States Justice Dept.

United States Attorney General Eric H. Holder, Jr.

State of Michigan Governor **Richard Dale "Rick" Snyder**

State of Michigan Attorney General **Bill Schuette**

State of Michigan Secretary of State **Ruth Johnson**

United Nations High Commission **Palais Wilson**

International Justice Court The **Hague,** the **Netherlands**

International Criminal Courts **Lusi Moreno-Ocampo** the **Hague**, the **Netherlands.**

United States Department of State **Hillary Rodham Clinton.**

JS 44 (Rev. 12/12)   **CIVIL COVER SHEET**   County in which action arose _Oakland_

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

_Bobby Dread of Davis Bay_

_Republic [Wayne]_

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

_In Proper Personam_

**DEFENDANTS**

_~~City of Southfield~~_
_State of Michigan_
_So Taylor M [Matthew Taylor] Et. Al.;_

County of Residence of First Listed Defendant _N/A Oakland_
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☑ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☑ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☑ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☑ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical | | | ☐ 410 Antitrust |
| ☑ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / Liability | | ☐ 840 Trademark | ☑ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☑ 190 Other Contract | ☐ 360 Other Personal / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☑ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☑ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☑ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_42 USC 1331   42 USC 1983_

Brief description of cause:
_I was pulled over assaulted by agents and kidnapped not by my own will_

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _2,000,000 in Gold or Silver_

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**

*(See instructions):*   JUDGE _N/A_   DOCKET NUMBER _13-30041_

DATE _06/2/2014_

SIGNATURE OF ATTORNEY OF RECORD
_Bobby Dread of Davis Bay   All rights reserved_

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.      Is this a case that has been previously dismissed?          ☐ Yes
                                                                     ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.      Other than stated above, are there any pending or previously     ☐ Yes
        discontinued or dismissed companion cases in this or any other   ☐ No
        court, including state court? (Companion cases are matters in which
        it appears substantially similar evidence will be offered or the same
        or related parties are present and the cases arise out of the same
        transaction or occurrence.)

If yes, give the following information:

Court: 46th District Court 26000 Evergreen RD. Southfield MI.

Case No.: N/A

Judge: N/A

Notes: Has not been Assigned one yet.

# New Lawsuit Check List

**Instructions:** Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

☑ Two (2) completed **Civil Cover Sheets.**

☑ Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

8 + 2 = 10 **Complaints.**

# of Defendants         Total

Received by Clerk: _____ Addresses are complete: _____

Case:2:14-cv-12167
Judge: Cleland, Robert H.
MJ: Hluchaniuk, Michael J.
Filed: 06-02-2014 At 12:55 PM
CMP DAVIS-BEY v. STATE OF MI, ET AL
(dat)

☑ If any of your defendants are **government agencies:**
Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

| If Paying The Filing Fee: | If Asking That The Filing Fee Be Waived: |
|---|---|
| ☐ Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>**Clerk, U.S. District Court**<br><br>Received by Clerk: _____ Receipt #:_____ | ☑ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br><br>Received by Clerk: _____ |

## Select the Method of Service you will employ to notify your defendants:

| Service via Summons by Self | Service by U.S. Marshal<br>(Only available if fee is waived) | Service via Waiver of Summons<br>(U.S. Government cannot be a defendant) |
|---|---|---|
| ☐ Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br><br><br><br>Received by Clerk: _____ | ☑ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☑ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br>Received by Clerk: _____ | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br><u>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted</u>, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

## Clerk's Office Use Only

Note any deficiencies here:

Rev. 4/13